UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 26-104 PA (DSRx) | Date | February 19, 2026 |
|---|---|---|---|
| Title | Sukvinder Singh v. Kristi Noem, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS — COURT ORDER

  Before the Court is a Motion for Preliminary Injunction filed by petitioner Sukvinder Singh ("Petitioner") (Docket No. 8). Petitioner has been in the custody of Immigration and Customs Enforcement ("ICE") since June 2024, and his Motion for Preliminary Injunction seeks his immediate release from ICE detention and an injunction preventing respondents from re-detaining Petitioner without providing petitioner notice and a pre-detention hearing before an immigration judge.

  Counsel for respondents has submitted a Reply stating that respondents "are not presenting an opposition argument." Based on the respondents deciding not to present an opposition, the Court grants the Motion for Preliminary Injunction. The Court orders respondents to immediately release petitioner from respondents' custody. The Court additionally preliminarily enjoins and restrains respondents, during the pendency of this action, from re-detaining petitioner, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge.

  IT IS SO ORDERED.